KILPATRICK TOWNSEND & STOCKTON LLP
SUSAN W. PANGBORN (Bar No. 282533)
spangborn@kilpatricktownsend.com
KENDRA C. CHAPMAN (Bar No. 294030)
KChapman@kilpatricktownsend.com
Eighth Floor, Two Embarcadero Center
San Francisco, CA  94111
Telephone:   415 576 0200
Facsimile:    415 576 0300

Attorneys for Defendants
GEORGIA-PACIFIC LLC AND GEORGIA-PACIFIC GYPSUM LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FURGUS WILSON,<br><br>           Plaintiff,<br><br>      v.<br><br>GEORGIA-PACIFIC LLC, a Delaware corporation; GEORGIA-PACIFIC GYPSUM LLC, a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>           Defendant. | Case No. 3:15 cv-03878-JD<br><br>**REQUEST TO HAVE NON-LEAD COUNSEL PARTICIPATE IN CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>CMC Date:  December 16, 2015<br>Time:  1:30 p.m.<br>Location: Courtroom 11, 19th Floor<br>The Hon. James Donato<br><br>Complaint filed 8/25/15 |

   Defendants Georgia-Pacific LLC and Georgia-Pacific Gypsum (collectively "Georgia-Pacific" or "Defendants") respectfully ask the Court to allow co-counsel Kendra Chapman to appear at the December 16, 2015 Case Management Conference in place of lead counsel Susan Pangborn, who has a previously-scheduled conflict in another matter.  Specifically, Ms. Pangborn has a previously scheduled client meeting and deposition in Fresno, California, which prevent her from being available on December 16.  The client in that matter has already made arrangements to travel from Atlanta, Georgia to Fresno.  Accordingly, Defendants ask that Ms. Chapman be allowed to represent them at the Case Management Conference.  Ms. Chapman has fully and

REQUEST TO PARTICIPATE IN CMC AND [PROPOSED] ORDER                                                                                          - 1 -
CASE NO. 3:15 CV-03878-JD

materially participated in all aspects of this case, including investigating and answering Plaintiff's claims, communicating with Plaintiff's counsel, and drafting and filing pleadings. Ms. Chapman participated in the Rule 26(f) conference with opposing counsel and helped prepare the filed case management statement. Ms. Chapman will have the authority to enter stipulations and make admissions for the purpose of the Case Management Conference, in accordance with Judge Donato's Standing Order For Civil Cases Before Judge James Donato.

Defendants therefore respectfully request this Court's permission to allow Ms. Chapman to represent Georgia-Pacific in the Case Management Conference scheduled for December 16, 2015 at 1:30 p.m. in Courtroom 11, 19th Floor.

DATED: December 11, 2015        Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP


By: */s/ Susan W. Pangborn*
    SUSAN W. PANGBORN
Attorneys for Defendants
Georgia-Pacific LLC and Georgia-Pacific Gypsum LLC


IT IS SO ORDERED.


DATED: _____        _____
                              Judge James Donato
                              USDC District Court Judge

7972273V.1

REQUEST TO PARTICIPATE IN CMC AND [PROPOSED] ORDER         - 2 -
CASE NO. 3:15 CV-03878-JD