| | |
|---|---|
| 1 | LEGAL AID OF MARIN |
| | DAVID LEVIN (State Bar No. 193801) |
| 2 | ANN MUNENE (State Bar No. 301287) |
| | 30 North San Pedro Road, Suite 220 |
| 3 | San Rafael, California  94903 |
| | Telephone:   (415) 492-0230 |
| 4 | Facsimile:   (415) 492-0947 |

DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
MARK PETERS (State Bar No. 160611)
100 Bush Street, Suite 1800
San Francisco, California  94104
Telephone:   (415) 433-0333
Facsimile:   (415) 449-6556

Attorneys for Plaintiff
FURGUS WILSON

KILPATRICK TOWNSEND & STOCKTON LLP
SUSAN W. PANGBORN (State Bar No. 282533)
SPangborn@kilpatricktownsend.com
KENDRA C. CHAPMAN (State Bar No. 294030)
KChapman@kilpatricktownsend.com
Eighth Floor, Two Embarcadero Center
San Francisco, California  94111
Telephone:   (415) 576-0200
Facsimile:   (415) 576-0300

Attorneys for Defendants
GEORGIA-PACIFIC LLC and
GEORGIA-PACIFIC GYPSUM LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FURGUS WILSON, | Case No. 3:15-cv-03878-JD (MEJ) |
| Plaintiff, | **JOINT MOTION AND [PROPOSED] ORDER EXTENDING SCHEDULED SETTLEMENT CONFERENCE** |
| v. | |
| GEORGIA-PACIFIC LLC, a Delaware corporation; GEORGIA-PACIFIC GYPSUM LLC, a Delaware corporation; and DOES 1 through 50, inclusive, | Honorable Maria-Elena James |
| Defendants. | Complaint Filed:  August 25, 2015<br>Trial Date:          December 5, 2016 |

JOINT MOTION AND [PROPOSED] ORDER EXTENDING SCHEDULED
SETTLEMENT CONFERENCE – Case No. 3:15-cv-03878-JD (MEJ)

Plaintiff Furgus Wilson and Defendants Georgia-Pacific LLC and Georgia-Pacific Gypsum LLC (hereinafter "the Parties"), through their respective counsel, hereby move the Court for an order extending the date for the scheduled settlement conference set forth in the Court's December 30, 2015, Order Scheduling Settlement Conference (Docket No. 27) by at least sixty (60) days, to on or after April 30, 2016, on the following grounds:

Plaintiff's attorney, Mr. Mark Peters, is currently scheduled to be in trial for another matter on March 1, 2016.

WHEREFORE, the parties request that the date for the scheduled settlement conference set by the Court in the December 30, 2015, Order Scheduling Settlement Conference be extended by at least sixty (60) days to on or after April 30, 2016.

Dated: January 22, 2016

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/ *Susan W. Pangborn*
Susan W. Pangborn

Attorneys for Defendants
GEORGIA-PACIFIC LLC and
GEORGIA-PACIFIC GYPSUM LLC

Dated: January 22, 2016

DUCKWORTH PETERS LEBOWITZ OLIVIER LLP

By: /s/ *Mark Peters*
Mark Peters

Attorneys for Plaintiff
FURGUS WILSON

JOINT MOTION AND [PROPOSED] ORDER EXTENDING SCHEDULED
SETTLEMENT CONFERENCE – Case No. 3:15-cv-03878-JD (MEJ)

- 1 -

**ATTESTATION REGARDING SIGNATURE**

Pursuant to Local Rule 5-1(i) (3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatory.

Dated: January 22, 2016

/s/ *Susan W. Pangborn*
Susan W. Pangborn

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED THAT the date scheduled for the Settlement Conference in the above-captioned case is continued from March 1, 2016, to May 10, 2016 @ 10:00 a.m.
Settlement Conference Statements shall be lodged, with Chambers, by May 7, 2016.
The Court's previous Settlement Conference Order otherwise remains in full force and effect.

Date: 1/26/2016

Maria Elena-James
United States Magistrate Judge

8070292V.4

JOINT MOTION AND [PROPOSED] ORDER EXTENDING SCHEDULED
SETTLEMENT CONFERENCE – Case No. 3:15-cv-03878-JD (MEJ)

- 2 -